MCGUIREWOODS LLP
Patricia L. Victory (State Bar No. 240114)
pvictory@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315.8200
Facsimile: (310) 315.8210

Kathleen H. Dooley (*pro hac vice* pending)
kdooley@mcguirewoods.com
Angela H. Zimmern (admitted *pro hac vice*)
azimmern@mcguirewoods.com
201 N Tryon Street
Charlotte, NC 28202
Telephone: 704-343-2000

Attorneys for Defendants Bank of America Corporation
and FIA Card Services, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MAY CASPERSON<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; FIA CARD SERVICES, N.A.; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-01425-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

    Plaintiff Dana May Casperson ("Plaintiff") by and through her counsel, The Law Office of James J. Bergmann, and Defendants Bank of America Corporation and FIA Card Services, N.A. ("Defendants"), by and through their counsel, McGuireWoods LLP, hereby stipulate as follows:

    1.    Plaintiff's original Complaint was filed on or about March 24, 2011, and served on Defendants on or about April 6, 2011, by way of request for Waiver of Service of Summons, giving Defendants a deadline of June 6, 2011, to respond to

Plaintiff's original Complaint.  On June 6, the parties stipulated that the original Defendants' time to respond to Plaintiff's original Complaint would be extended by 30 days to July 6, 2011.

2. On July 2, 2011, Plaintiff filed a First Amended Complaint adding "Bank of America Corporation" as a party and adding additional causes of action. Defendants' response to the Amended Complaint is currently due on July 19, 2011. Plaintiff and Defendants have stipulated to a two-week extension of Defendants' time to respond to August 2, 2011.  This stipulation will allow the parties to continue discussions regarding resolution of the action and allow Defendants adequate time to address the new allegations in the Amended Complaint.

3. Pursuant to Local Rule 6-1(a), this stipulation is effective without a Court order.

4. The parties have stipulated to one prior extension of time, which was Defendants' time to respond to the original Complaint.  There have been no previous stipulations between the parties for extensions of time to respond to the Amended Complaint.

DATED: July 13, 2011           McGuireWoods LLP

                               By: /s/ Patricia L. Victory
                                   Patricia L. Victory
                                   Attorneys for Defendants, Bank of
                                   America and FIA Card Services, N.A.

DATED: July 13, 2011           Law Offices of James J. Bergmann

                               By: /s/ James J. Bergmann
                                   James J. Bergmann
                                   Attorneys for Plaintiff, Dana May
                                   Casperson

[Court stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — 07/14/2011 — IT IS SO ORDERED — Judge Thelton E. Henderson]

31593188                              2
                                 STIPULATION