MCGUIREWOODS LLP
Patricia L. Victory (State Bar No. 240114)
pvictory@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315.8200
Facsimile: (310) 315.8210

Kathleen H. Dooley (admitted *pro hac vice*)
kdooley@mcguirewoods.com
Angela H. Zimmern (admitted *pro hac vice*)
azimmern@mcguirewoods.com
201 N Tryon Street
Charlotte, NC 28202
Telephone: 704-343-2000

Attorneys for Defendants Bank of America Corporation
and FIA Card Services, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MAY CASPERSON<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; FIA CARD SERVICES, N.A.; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-01425-JCS  TEH<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

    Plaintiff Dana May Casperson ("Plaintiff") by and through her counsel, The Law Office of James J. Bergmann, and Defendants Bank of America Corporation and FIA Card Services, N.A. ("Defendants"), by and through their counsel, McGuireWoods LLP, hereby stipulate as follows:

    1.    Plaintiff's original Complaint was filed on or about March 24, 2011, and served on Defendants on or about April 6, 2011, by way of request for Waiver of Service of Summons, giving Defendants a deadline of June 6, 2011, to respond to Plaintiff's original Complaint. On June 6, the parties stipulated that the original

Defendants' time to respond to Plaintiff's original Complaint would be extended by 30 days to July 6, 2011.

2. On July 2, 2011, Plaintiff filed a First Amended Complaint adding "Bank of America Corporation" as a party and adding additional causes of action. Defendants' response to the Amended Complaint is originally due on July 19, 2011. Plaintiff and Defendants previously stipulated to a two-week extension of Defendants' time to respond to the First Amended Complaint by August 2, 2011.

3. Plaintiff and Defendants have stipulated to further extend Defendants' deadline to respond to the First Amended Complaint by an additional nine days to August 11, 2011. This stipulation will allow the parties to continue discussions regarding resolution of the action and allow Defendants adequate time to address the new allegations in the First Amended Complaint.

4. Pursuant to Local Rule 6-1(a), this stipulation is effective without a Court order.

DATED: July 29, 2011          McGuireWoods LLP

                              By: /s/ Patricia L. Victory
                                   Patricia L. Victory
                                   Attorneys for Defendants, Bank of
                                   America and FIA Card Services, N.A.

DATED: July 29, 2011          Law Offices of James J. Bergmann

                              By: /s/ James J. Bergmann
                                   James J. Bergmann
                                   Attorneys for Plaintiff, Dana May
                                   Casperson



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
08/01/2011
IT IS SO ORDERED
Judge Thelton E. Henderson

31593188

2
STIPULATION