James J. Bergmann #220447
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Telephone: (707)827-1975
Facsimile: (707)827-1979
james@consumerlawoffice.net

Attorney for Plaintiff DANA MAY CASPERSON

Patricia L. Victory #240114
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
pvictory@mcguirewoods.com

Kathleen H. Dooley (admitted *pro hac vice*)
kdooley@mcguirewoods.com
Angela H. Zimmern (admitted *pro hac vice*)
azimmern@mcguirewoods.com
MCGUIREWOODS LLP
201 N. Tryon Street, Suite 2900
Charlotte, N.C. 28202
Telephone: (704)373-8999
Facsimile: (704)373-8935

Attorneys for Defendants FIA CARD SERVICES, N.A.
and BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MAY CAPSERSON<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; FIA CARD SERVICES, N.A.; and DOES 1 through 30, inclusive,<br><br>    Defendants. | CASE NO. 3:11-cv-01425-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJOURN SETTLEMENT CONFERENCE** |

Plaintiff Dana May Casperson ("Plaintiff") by and through her counsel, The

1
STIPULATION AND [PROPOSED] ORDER TO ADJOURN SETTLEMENT CONFERENCE 3:11-cv-01425 TEH

Law Office of James J. Bergmann, and Defendants Bank of America Corporation and FIA Card Services, N.A. ("Defendants"), by and through their counsel, McGuireWoods LLP, hereby stipulate, pursuant to Civil Local Rule 6-2, for an order from Magistrate Judge Joseph C. Spero to adjourn the Settlement Conference now scheduled for October 5, 2011. The following is a brief chronology and the reasons supporting this joint request:

1. On July 12, 2011, the Court entered a Stipulation and Order Selecting ADR Process and setting mediation for 90 days from the date thereof, thus setting a deadline of October 11, 2011. (Docket Entry # 19)

2. On August 8, 2011, the Court held an Initial Case Management Conference. (Docket Entry # 34)

3. On August 8, 2011, the case was referred to Magistrate Judge Spero for Settlement. (No docket entry)

4. On August 9, 2011, the Court entered the Order for Pretrial Preparation, setting forth in Paragraph 8 thereof a provision for a settlement conference, the parties being ordered to "arrange for a mandatory settlement conference before Magistrate Judge Spero of this Court. This conference shall be scheduled to take place no later than 5 calendar days before the pretrial conference" which pretrial conference is, by the terms of the same order, scheduled for March 12, 2012. (Docket Entry #35)

5. On August 9, 2011, a Notice of Settlement Conference and Settlement Conference Order was entered setting the case for a settlement conference with Judge Spero on October 5, 2011. (Docket Entry # 36)

6. Throughout this time, the parties have undertaken steps to obtain a refund for the Plaintiff in connection with her credit card claim. As of this date the process has experienced a delay through no fault of either party. The process through which

a refund is being attempted may take up to 8 weeks to resolve through the credit card association rules and procedures.

7. On September 28, 2011, court-appointed mediator Marc Fong reached out to the parties to discuss mediation. All parties and Mr. Fong agree that the parties would benefit from an adjournment of the Settlement Conference and postponement of mediation pending the outcome of the attempted refund through the credit card association rules and procedures. No mediation session has been scheduled.

8. On September 28, 2011, the parties jointly filed a Stipulation to Adjourn Settlement Conference and Extend Deadline to Complete Mediation, requesting an order from presiding Judge Henderson on those matters.

9. On September 29, 2011, Judge Henderson entered an order extending the parties' deadline to complete mediation to November 18, 2011; however, Judge Henderson ordered the parties to direct their request for adjournment of the October 5, 2011 Settlement Conference to Judge Spero, "whose calendar the request impacts." (See Docket Entry #50, Judge Henderson's September 29, 2011 Order, at p. 1, lines 22-24).

10. To date, there have been no previous requests to amend the date of the Settlement Conference (other than the parties' September 28, 2011 request to Judge Henderson).

11. Modification of the dates for Mediation and Settlement Conference will have no effect on the deadlines set forth in the Order for Pretrial Preparation.

Wherefore, the parties respectfully request that Judge Spero adjourn the Settlement Conference scheduled for October 5, 2011, until such time as the parties believe it necessary, but not later than 5 days before the Pretrial Conference scheduled for March 12, 2012, in accordance with the Order for Pretrial Preparation.

Respectfully submitted,

3
STIPULATION AND [PROPOSED] ORDER TO ADJOURN SETTLEMENT CONFERENCE 3:11-cv-01425 TEH

DATED: September __29__, 2011     Law Offices of James J. Bergmann

                                  By: /s/ James J. Bergmann
                                      James J. Bergmann
                                      Attorney for Plaintiff, Dana May
                                      Casperson

DATED: September __29__, 2011     McGuireWoods LLP

                                  By: /s/ Kathleen H. Dooley
                                      Kathleen H. Dooley, *Pro Hac Vice*
                                      Attorneys for Defendants, Bank of
                                      America Corporation and FIA Card
                                      Services, N.A.

## ORDER

The Settlement Conference scheduled for October 5, 2011 is ~~adjourned until such time as the parties believe it necessary, but not later than 5 days before the Pretrial Conference scheduled for March 12, 2012, in accordance with the Order for Pretrial Preparation~~. VACATED

~~All other deadlines in the Order for Pretrial Preparation remain unchanged.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: __10/17/11__                _____
                                   JOSEPH
                                   United States Magistrate Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]
[Seal: United States District Court, Northern District of California]